# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135149(30)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                          SC: 135149
                                          COA: 279017
                                          Wayne CC: 05-003228

ALEXANDER ACEVAL,
     Defendant-Appellant.
_____/

On order of the Court, the motion for reconsideration of this Court's March 19, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

_____
Clerk

d0616